UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Melissa A. Boulanger</u>

       v.                         Case No. 13-cv-153-SM

<u>U.S. Social Security Administration</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 25, 2013, for the reasons set forth therein.

Plaintiff's complaint (document no. 1) is hereby dismissed. The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: December 16, 2013

cc: Melissa A. Boulanger, pro se